### Billie D. McDONALD, Claimant– Appellant,

v.

### Eric K. SHINSEKI, Secretary of Veterans Affairs, Defendant– Appellee.

No. 2013–7068.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2014.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

James Sweet, Trial Attorney, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Amanda Blackmon, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Savannah Hughes Connally, Attorney, United States Department of Veterans Affairs, of Washington, DC.

RADER, Chief Judge, PROST, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**